**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                                                    Case No. 6:14-cr-112-Orl-37GJK

JOSEPH WITCHARD

---

**ORDER**

This cause is before the Court on the following:

1. Defendant Joseph Witchard's Pro Se Request for Sanctions (Doc. 139), filed September 18, 2015;

2. Defendant Joseph Witchard's Pro Se Supplemental Case Authorities (Doc. 140), filed October 13, 2015; and

3. Defendant Joseph Witchard's Pro Se Supplemental Request for Sanctions (Doc. 141), filed October 14, 2015.

**OVERVIEW**

On April 30, 2014, the grand jury returned a thirty-count indictment against Defendant Joseph Witchard ("**Indictment**"). (Docs. 1, 90.) The Court denied Defendant's *pro se* motions to dismiss the Indictment (Docs. 24, 26, 44, 60, 72, 75)[1], and the matter was tried before a jury (Docs. 86–89, 126–28, 135). On November 10, 2014, the jury returned a verdict finding Defendant guilty on all counts (Doc. 96), and Defendant filed a motion for a new trial (Doc. 99). The Court denied the motion for new trial (Doc. 105) and

---

[1] After successfully moving for disqualification of two different appointed counsel (*see* Docs. 32, 33, 37, 43, 48), Defendant represented himself for much of the criminal proceedings (Doc. 57).

sentenced Defendant to a term of imprisonment (Docs. 106, 109, 111, 119). Defendant then filed a timely notice of appeal. (Doc. 113.)

While his appeal was pending, Defendant filed a pro se "Complaint" ("**Complaint**") requesting that the Court: (1) "revisit its previous erroneous ruling" denying Defendants' requests to dismiss the Indictment; and (2) pursuant to 18 U.S.C. § 401, sanction U.S. Secret Service Agent Jeff Seeger and Assistant U.S. Attorney LaKesia R. Mosley for their purported "disobedience" of a Wirt of Habeas Corpus Ad Testificandum (Doc. 139-2). (*See* Doc. 139, pp. 1–3 (incorporating by reference pages 20 through 28 of Defendant's appellate brief).) Subsequently, Defendant requested that the Court also sanction "presently-appointed appellate counsel Michelle P. Smith" for intentionally rendering ineffective assistance to Defendant on appeal ("**Supplemental Complaint**"). (Doc. 141 (arguing that, on appeal, Ms. Smith "intentionally" failed to cite allegedly pertinent case law).) Finally, on **March 25, 2016**, the U.S. Court of Appeals for the Eleventh Circuit affirmed Defendant's conviction and sentence ("**Appellate Decision**"). (Doc. 144.) In particular, the Eleventh Circuit: rejected Defendant's arguments that his due process and speedy trial rights were violated due to prosecution delay and found that the Court did not err in refusing to dismiss the Indictment. (*Id.* at 3–6).

Upon review, the Court finds that the Defendant's Initial and Supplemental Complaints are without merit and are due to be denied because: (1) Defendant filed both documents when this Court was divested of jurisdiction due to Defendant's appeal; (2) Defendant provided no grounds for reconsideration of the Court's prior Orders; rather, he again cites to cases concerning improper civil detentions by the U.S. Immigration and Naturalization Service, which the Court previously rejected as having "no bearing on the

propriety or timing of the prosecution in this action" (*see* Doc. 58, pp. 3–4; *see also* Doc. 139–41); (3) Defendant's arguments concerning ineffective assistance of appellate counsel are properly raised in motion brought pursuant to 28 U.S.C. § 2255; and (4) the Appellate Decision rejects the arguments raised by Defendant in his Initial and Supplemental Complaint (*see* Doc. 144, pp. 3–6).

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant Joseph Witchard's Pro Se Request for Sanctions (Doc. 139) is **DENIED**.

2. Defendant Joseph Witchard's Pro Se Supplemental Request for Sanctions (Doc. 141) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 28, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Defendant Joseph Witchard